David J. McGlothlin, Esq. (SBN 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Debbie Merlino,** | Case No.: 2:16-cv-01554-NVW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **NIC, Inc. d/b/a Nemo's Investigations & Collections; and Sue Woods,** | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff Debbie Merlino, and all Defendants, have settled the above-entitled matter in its entirety.  The parties anticipate filing a

NOTICE OF SETTLEMENT            1            2:16-CV-01554-NVW

1  dismissal with prejudice, no later than 45 days from the date of this Notice.

2

3  Dated: August 2, 2016                              Respectfully submitted,

4

5                                                     BY: /s/ RYAN L. MCBRIDE
                                                          RYAN L. MCBRIDE, ESQ.
6                                                         ATTORNEY FOR PLAINTIFF