IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debbie Merlino,<br><br>            Plaintiff,<br><br>v.<br><br>NIC, Inc., d/b/a Nemo's Investigations & Collections; and Sue Woods,<br><br>            Defendants. | No. CV-16-01554-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss Case with Prejudice (Doc. 15). Good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation.

IT IS FURTHER ORDERED dismissing the entire case with prejudice, with each party to bear their own fees and costs.

Dated this 17th day of August, 2016.

                            Neil V. Wake
                    Senior United States District
                                Judge